Silver (et al., Appellants) *v.* S. C. M. Corporation.

Argued November 11, 1970. Before JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Leonard A. Green,* for appellants.

*Gregory M. Harvey,* with him *Morgan, Lewis & Bockius,* for appellee.

OPINION PER CURIAM, January 7, 1971:
Order affirmed.

Mr. Chief Justice BELL took no part in the consideration or decision of this case.

Mr. Justice COHEN took no part in the decision of this case.